THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN LANG, JR., Appellant, *v.* BERNARD J. YORK et al., as Police Commissioners of the City of New York, Respondents.

*People ex rel. Lang* v. *York,* 45 App. Div. 459, affirmed.
(Submitted April 17, 1900; decided May 1, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made December 8, 1899, reversing an order of Special Term granting a peremptory writ of mandamus directing the reinstatement of the relator to the position of patrolman on the police force of the city of New York.

*Philip Carpenter* for appellant.

*John Whalen, Corporation Counsel (Theodore Connoly* and *Terence Farley* of counsel), for respondents.

Order affirmed, with costs, on the prevailing opinion below.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.